# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                CRIMINAL NO. 3:16cr26TSL-FKB

ROBERT EARL RICHARDSON

## MOTION TO REVOKE BOND

The United States of America (hereafter "the government") respectfully moves the Court, pursuant to Section 3148(b), Title 18, United States Code, to revoke the release of the defendant, ROBERT EARL RICHARDSON, and order the defendant detained. For reasons, the government states as follows:

1. The defendant was indicted by the federal grand jury on April 5, 2016. Dkt. No. 1.

2. The defendant signed an appearance bond on June 7, 2016, in which certain conditions were set by the Court. Dkt. No. 11.

3. In that bond, the defendant "agree[d] to follow every order of this court, or any court that considers this case," and "agree[d] that [the] bond may be forfeited if [he] fail[s] to appear for court proceedings" or fails "to comply with all conditions set forth in the Order Setting Conditions of Release."  Dkt. No. 11.

4. In its Order Setting Conditions of Release, this Court "ordered that the defendant's release is subject to [several] conditions," including "appear[ing ] in court as required."  Dkt. No. 12.

5. After the defendant notified the Court of his intent to plead guilty in this cause, the Court set the defendant's change of plea hearing for July 28, 2016 at 9 a.m.

6. The defendant violated the conditions of his bond and pretrial release by failing to appear on July 28, 2016.

7. The Court granted the defendant a second chance to appear and reset the change of plea hearing for August 18, 2016 at 9 a.m.

8. The defendant again violated the conditions of his bond and pretrial release by failing to appear on August 18, 2016.

9. After the defendant's second non-appearance, the Court notified the parties that it would issue a warrant for the defendant's arrest.

Given the defendant's failure to appear in court on two occasions, the government respectfully requests that the defendant's appearance bond be revoked and that he be ordered detained pending the trial, or other resolution, of this case.

Respectfully submitted,

GREGORY K. DAVIS
*United States Attorney for the Southern District of Mississippi*

/s/ *Jennifer Case*
JENNIFER CASE
Mississippi Bar Number 104238
*Assistant United States Attorney*
501 E. Court Street, Suite 4.430
Jackson, Mississippi 39201
(601) 965-4480

Dated: August 19, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the Electronic Case Filing system (ECF), which served to send notification of this filing to counsel of record.

Dated: August 19, 2016

/s/ *Jennifer Case*
JENNIFER CASE
*Assistant United States Attorney*