AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 26 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Robert Earl Richarson | ) | Case No. 3:16cr26TSL-FKB |
| (wherever found) | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Robert Earl Richardson,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☑ Order of the Court

This offense is briefly described as follows:

Failure to appear for Change of Plea hearing.

Date: 08/18/2016

_____
*Issuing officer's signature*

City and state: Jackson, Mississippi

Tom S. Lee, U.S. District Court Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/19/16, and the person was arrested on *(date)* 8/19/16
at *(city and state)* Jackson, MS.

Date: 8/19/16

_____
*Arresting officer's signature*

Christopher C. Bake
*Printed name and title*